IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIELLE SHELLER, ET AL., | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 11-cv-2371 |
| | : | |
| CITY OF PHILADELPHIA, ET AL., | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 2nd day of October, 2012, upon consideration of Defendant Philadelphia Parking Authority's Motion to Dismiss (Doc. No. 12), Plaintiffs' Response in opposition thereto (Doc. No. 18), Defendant's Reply in further support thereof (Doc. No. 19), and Plaintiffs' Sur-Reply (Doc. No. 21), and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the Motion to Dismiss is DENIED as to the Plaintiffs' federal and state constitutional due process claims against the Philadelphia Parking Authority in Counts I, III, VI and VIII of the Plaintiffs' Amended Complaint. The Motion to Dismiss is otherwise GRANTED.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, C.J.