```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

DANIELLE SHELLER, ET AL.,          :
                                   :
                  Plaintiffs,      :    CIVIL ACTION
                                   :
    v.                             :    NO. 11-cv-2371
                                   :
CITY OF PHILADELPHIA, ET AL.,      :
                                   :
                  Defendants.      :

## ORDER

AND NOW, this   28th   day of January, 2013, upon consideration of Plaintiffs' Motion for Class Certification (Doc. No. 33), Defendant Philadelphia Parking Authority's Response and objections thereto (Doc. No. 36), Plaintiffs' Reply in further support thereof (Doc. No. 37), and Defendant's Sur-Reply (Doc. No. 38), and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the Motion for Class Certification is DENIED without prejudice.

                                        BY THE COURT:


                                        s/J. Curtis Joyner
                                        J. CURTIS JOYNER, C.J.